**UNITED STATES of America,
Appellee,**

v.

**Kobyashi JONES, Appellant.**

No. 06–2901.

United States Court of Appeals,
Eighth Circuit.

Submitted: May 31, 2007.

Filed: June 4, 2007.

Michael A. Reilly, U.S. Attorney's Office, St. Louis, MO, for Appellee.

Lee Lawless, Federal Public Defender's Office, St. Louis, MO, for Appellant.

Kobyashi Jones, Terre Haute, IN, pro se.

Before WOLLMAN, MURPHY, and BYE, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

In this direct criminal appeal of his 180–month prison sentence for being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1), Kobyashi Jones challenges the district court's[1] determination that one of his prior convictions is a "violent felony" within the meaning of 18 U.S.C. § 924(e)(1), which resulted in his classification as an armed career criminal under U.S.S.G. § 4B1.4(a). Upon de novo review, *see United States v. Bockes,* 447 F.3d 1090, 1092 (8th Cir.2006), we affirm.

It is undisputed that Jones had a prior felony conviction for the offense of tampering in the first degree, in violation of Mo. Rev.Stat. § 569.080(1)(2) (1999), based on his conduct in operating a jeep without the owner's consent. Jones's argument on appeal is therefore foreclosed by *United States v. Johnson,* 417 F.3d 990, 997 (8th Cir.2005) (holding that Missouri offense of tampering by operation is violent felony for purposes of § 924(e)), *cert. denied,* —— U.S. ——, 127 S.Ct. 285, 166 L.Ed.2d 218 (2006). Although Jones contends that *Johnson* is wrongly decided, we are not, sitting as a panel, at liberty to overrule *Johnson. See Jackson v. Ault,* 452 F.3d 734, 736 (8th Cir.2006) (only en banc court can overturn panel decision), *cert. de-*

---

1. The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.

*nied,* —— U.S. ——, 127 S.Ct. 946, 166 L.Ed.2d 723 (2007).

Accordingly, we affirm.